Kraig Gardner
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
VINCENT ARNEL TRULSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT ARNEL TRULSON,<br><br>Defendant. | CR-07-2112-WFN<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

BEFORE THE COURT is Defendant's Motion to modify conditions of release (Ct. Rec.53). The government does not object to the request for modification of defendant's conditions of release **(Ct. Rec. 59)**. For the reasons set forth in Defendant's motion,

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Release Conditions (Ct. Rec. 53) is **GRANTED**.

Condition Number 7. Of the Court's order Denying Motion to Detain and Order Modifying Conditions of Release issued by the Court on November 29, 2007, shall be modified as follows:

Condition Number 7 Shall be modified to read:

7.The defendant shall participate in a program of electronically monitored home confinement. The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. probation. In the event the Defendant does not respond to electronic monitoring

or cannot be found, U.S. Probation Officers shall forthwith notify the United States Marshall' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall be responsible for all costs of electronic monitoring as determined by U.S. Probation. Defendant may be away from his residence only for court-related matters and for 2 hours weekly for spiritual needs and for medical appointments that are pre-approved through U.S. Probation.

**IT IS SO ORDERED.** The district court executive is directed to enter this order and provide copies to counsel and to the United States Probation Office.

DATED this 6th day of December, 2007.

S/CYNTHIA IMBROGNO
CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE