UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CR-07-2112-WFN |
| | ) | |
| v. | ) | ORDER REGARDING MOTION TO |
| | ) | MODIFY CONDITIONS OF RELEASE |
| VINCENT ARNEL TRULSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court for a bail review hearing on June 6, 2008. James P. Hagarty, Esq., appeared for the government. Defendant appeared telephonically and was represented by counsel Kraig Gardner, Esq.

The defendant moved to modify the conditions of release set by Magistrate Judge Imbrogno on November 29, 2007 (Ct. Rec. 46). (Ct. Rec. 110). Defendant's motion requests that the condition that the defendant be on electronic home monitoring be removed and that the defendant be allowed to change his residence. (Ct. Rec. 110). The government opposed any change in the defendant's conditions of release. (Ct. Rec. 112).

At the outset, the court considered and granted the defendant's request to appear telephonically at today's hearing.

This court having taken into account the evidence and information produced at this hearing and having reviewed the file, enters the following Order:

ORDER MODIFYING CONDITIONS OF RELEASE - 1

1  1.  The defendant's motion to modify release conditions (**Ct. Rec. 109**) is **GRANTED in part.**

2.  The defendant is granted a more relaxed requirement, with respect to his home electronic monitoring condition, by giving his supervising probation officer greater discretion.  Following approval by his supervising probation officer, the defendant may be permitted to spend additional time away from his current residence.

3.  The defendant is not allowed to change his place of residence, at this time, without the prior written approval of U.S. Pretrial Services.

4.  Except as set forth herein, all remaining provisions of the court's November 29, 2007 order setting conditions of release (Ct. Rec. 46) shall remain and shall constitute the conditions of Defendant's release.

DATED this  6th  day of June, 2008.

*S/James P. Hutton*
JAMES P. HUTTON
United States Magistrate Judge

ORDER MODIFYING CONDITIONS OF RELEASE - 2